**UNITED STATES DISTRICT COURT**
**Southern District of Indiana**

BRYSON NUNN )
Plaintiff(s), )
)
vs. ) CASE NO. 1:25−cv−02319−JRS−MKK
)
WALMART, INC. D/B/A WALMART RETURN CENTER 9193. )
Defendant(s) )

**ORDER OF RECUSAL/DISQUALIFICATION**

In accordance with the provisions of Title 28 U.S.C. §455, the undersigned hereby disqualifies himself/herself in this matter. The Clerk of Court is directed to randomly reassign this matter to another Judge, pursuant to the court's reassignment procedures.

IT IS SO ORDERED.

DATE: November 13, 2025

s/ Chief District Judge James Russell Sweeney, II
United States District Court
Southern District of Indiana